1  McGREGOR W. SCOTT
   United States Attorney
2  STEPHANIE HAMILTON BORCHERS
   Assistant U.S. Attorney
3  United States Courthouse
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6  Attorneys for Plaintiff

7

8                    IN THE UNITED STATES DISTRICT COURT FOR THE

9                         EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,                    )
                                                 )
12              Plaintiff,                        )   1:07-at-00416
                                                 )
13         v.                                     )
                                                 )   **STIPULATION AND ORDER EXTENDING**
14  APPROXIMATELY $70,265.38 IN U.S.             )   **THE UNITED STATES' TIME TO FILE A**
    CURRENCY SEIZED FROM BANK OF                 )   **COMPLAINT FOR FORFEITURE AND/OR**
15  THE WEST ACCOUNT NUMBER XXX-                 )   **TO OBTAIN AN INDICTMENT ALLEGING**
    XX5970 HELD IN THE NAME OF                   )   **FORFEITURE**
16  ABDULLA Q. AHMED DBA,                        )
    RANCHITO MARKET;                             )
17                                               )          **[First Request]**
    162 MISCELLANEOUS THIRD-PARTY                )
18  CHECKS VALUED AT $48,012.13, AND            )
    THREE WESTERN UNION MONEY                    )
19  ORDERS VALUED AT                             )
    APPROXIMATELY $1,630.00 IN U.S.             )
20  CURRENCY, TOTALING $49,642.13 IN            )
    U.S. CURRENCY;                               )
21                                               )
    APPROXIMATELY $10,729.73 IN U.S.            )
22  CURRENCY SEIZED FROM BANK OF                 )
    THE WEST ACCOUNT NUMBER XXX-                 )
23  XX0633 HELD IN THE NAME OF                   )
    ABDULLA Q. AHMED DBA,                        )
24  RANCHITO MARKET;                             )
                                                 )
25  APPROXIMATELY $2,906.86 IN U.S.             )
    CURRENCY SEIZED FROM BANK OF                 )
26  THE WEST ACCOUNT NUMBER XXX-                 )
    XX3710 HELD IN THE NAME OF                   )
27  ABDULLA Q. AHMED DBA,                        )
    RANCHITO MARKET LOTTERY                      )
28  ACCT.;                                       )

APPROXIMATELY $1,717.96 IN U.S. )
CURRENCY SEIZED FROM BANK OF )
THE WEST ACCOUNT NUMBER XXX- )
XX1633 HELD IN THE NAME OF )
ABDULLA Q. AHMED DBA, ABDULLA )
RANCHITO MARKET; )
)
APPROXIMATELY $249.56 IN U.S. )
CURRENCY SEIZED FROM BANK OF )
THE WEST ACCOUNT NUMBER XXX- )
XX7524 HELD IN THE NAME OF )
ABDULLA Q. AHMED DBA, )
ABDULLA'S INTERNATIONAL )
TRANSFER; )
)
APPROXIMATELY $378.01 IN U.S. )
CURRENCY SEIZED FROM BANK OF )
THE WEST ACCOUNT NUMBER XXX- )
XX2456 HELD IN THE NAME OF )
ABDULLA Q. AHMED DBA, )
ABDULLA'S INTERNATIONAL )
TRANSFER; )
)
APPROXIMATELY $81,933.44 IN U.S. )
CURRENCY; and, )
)
APPROXIMATELY $2,733.00 IN U.S. )
CURRENCY, )
)
          Defendants. )
_____ )

It is hereby stipulated by and between the United States of America and Claimant Abdulla

Q. Ahmed Muthana (hereafter "Claimant"), by and through his respective attorney, as follows:

1.      On or about May 21, 2007, Claimant filed a claim, in the administrative forfeiture

proceeding, with the Federal Bureau of Investigation with respect to the Approximately $70,265.38

in U.S. Currency Seized From Bank of the West Account Number XXX-XX5970 Held in the Name

of Abdulla Q. Ahmed dba, Ranchito Market; 162 Miscellaneous Third-Party Checks Valued at

$48,012.13 in U.S. Currency and Three (3) Western Union Money Orders Valued at $1,630.00 in

U.S. Currency, Totaling $49,642.13 in U.S. Currency; Approximately $10,729.73 in U.S. Currency

Seized From Bank of the West Account Number XXX-XX0633 Held in the Name of Abdulla Q.

Ahmed dba, Ranchito Market; Approximately $2,906.86 in U.S. Currency Seized From Bank of the

West Account Number XXX-XX3710 Held in the Name of Abdulla Q. Ahmed dba, Ranchito

Market Lottery Acct.; Approximately $1,717.96 U.S. Currency Seized From Bank of the West

Account Number XXX-XX1633 Held in the Name of Abdulla Q. Ahmed, dba, Abdulla Ranchito Market; Approximately $249.56 in U.S. Currency Seized From Bank of the West Account Number XXX-XX7524 Held in the Name of Abdulla Q. Ahmed, dba, Abdulla's International Transfer; Approximately $378.01 U.S. Currency Seized From Bank of the West Account Number XXX-XX2456 Held in the Name of Abdulla Q. Ahmed, dba, Abdulla's International Transfer; Approximately $81,933.44 in U.S. Currency; and, Approximately $2,733.00 in U.S. Currency (hereafter "defendant funds"), which were seized on or about February 26, 2007.

2.      The Federal Bureau of Investigation has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any person to file a claim to the currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than the Claimant has filed a claim to the currency as required by law in the administrative forfeiture proceeding.

3.      Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the currency and/or to obtain an indictment alleging that the currency is subject to forfeiture within 90 days after a claim has been filed in the administrative forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of the parties.

4.      As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to extend to October 17, 2007, the time in which the United States is required to file a civil complaint for forfeiture against the currency and/or to obtain an indictment alleging that the currency is subject to forfeiture.

5.      Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the currency and/or to obtain an indictment alleging that the currency is subject to forfeiture shall be extended to October 17, 2007.

Dated: August 17, 2007                    McGREGOR W. SCOTT
                                          United States Attorney


                                           /s/ Stephanie Hamilton Borchers
                                          STEPHANIE HAMILTON BORCHERS
                                          Assistant United States Attorney

1  Dated: August 17, 2007                    /s/ J.M. Irigoyen

2                                            J.M. IRIGOYEN
                                            Attorney for Claimant
3                                           (Original signature retained by attorney)

4  IT IS SO ORDERED.

5  **Dated:   August 20, 2007**              **/s/ Oliver W. Wanger**
                                            UNITED STATES DISTRICT JUDGE
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28