McGREGOR W. SCOTT
United States Attorney
STEPHANIE HAMILTON BORCHERS
Assistant U.S. Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>APPROXIMATELY $70,265.38 IN U.S. CURRENCY SEIZED FROM BANK OF THE WEST ACCOUNT NUMBER XXX-XX5970 HELD IN THE NAME OF ABDULLA Q. AHMED DBA, RANCHITO MARKET;<br><br>162 MISCELLANEOUS THIRD-PARTY CHECKS VALUED AT $48,012.13, AND THREE WESTERN UNION MONEY ORDERS VALUED AT APPROXIMATELY $1,630.00 IN U.S. CURRENCY, TOTALING $49,642.13 IN U.S. CURRENCY;<br><br>APPROXIMATELY $10,729.73 IN U.S. CURRENCY SEIZED FROM BANK OF THE WEST ACCOUNT NUMBER XXX-XX0633 HELD IN THE NAME OF ABDULLA Q. AHMED DBA, RANCHITO MARKET;<br><br>APPROXIMATELY $2,906.86 IN U.S. CURRENCY SEIZED FROM BANK OF THE WEST ACCOUNT NUMBER XXX-XX3710 HELD IN THE NAME OF ABDULLA Q. AHMED DBA, RANCHITO MARKET LOTTERY ACCT.; | 1:07-MC-00029-LJO-SMS<br><br>**STIPULATION AND ORDER EXTENDING THE UNITED STATES' TIME TO FILE A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE**<br><br>**[Second Request]** |

| | |
|---|---|
| APPROXIMATELY $1,717.96 IN U.S. CURRENCY SEIZED FROM BANK OF THE WEST ACCOUNT NUMBER XXX-XX1633 HELD IN THE NAME OF ABDULLA Q. AHMED DBA, ABDULLA RANCHITO MARKET; | ) ) ) ) ) ) ) |
| APPROXIMATELY $249.56 IN U.S. CURRENCY SEIZED FROM BANK OF THE WEST ACCOUNT NUMBER XXX-XX7524 HELD IN THE NAME OF ABDULLA Q. AHMED DBA, ABDULLA'S INTERNATIONAL TRANSFER; | ) ) ) ) ) ) ) ) |
| APPROXIMATELY $378.01 IN U.S. CURRENCY SEIZED FROM BANK OF THE WEST ACCOUNT NUMBER XXX-XX2456 HELD IN THE NAME OF ABDULLA Q. AHMED DBA, ABDULLA'S INTERNATIONAL TRANSFER; | ) ) ) ) ) ) ) ) |
| APPROXIMATELY $81,933.44 IN U.S. CURRENCY; and, | ) ) ) |
| APPROXIMATELY $2,733.00 IN U.S. CURRENCY, | ) ) ) |
| Defendants. | ) ) |

It is hereby stipulated by and between the United States of America and Claimant Abdulla Q. Ahmed Muthana (hereafter "Claimant"), by and through his respective attorney, as follows:

1.  On or about May 21, 2007, Claimant filed a claim, in the administrative forfeiture proceeding, with the Federal Bureau of Investigation with respect to the Approximately $70,265.38 in U.S. Currency Seized From Bank of the West Account Number XXX-XX5970 Held in the Name of Abdulla Q. Ahmed dba, Ranchito Market; 162 Miscellaneous Third-Party Checks Valued at $48,012.13 in U.S. Currency and Three (3) Western Union Money Orders Valued at $1,630.00 in U.S. Currency, Totaling $49,642.13 in U.S. Currency; Approximately $10,729.73 in U.S. Currency Seized From Bank of the West Account Number XXX-XX0633 Held in the Name of Abdulla Q. Ahmed dba, Ranchito Market; Approximately $2,906.86 in U.S. Currency Seized From Bank of the West Account Number XXX-XX3710 Held in the Name of Abdulla Q. Ahmed dba, Ranchito Market Lottery Acct.; Approximately $1,717.96 U.S. Currency Seized From Bank of the West

1  Account Number XXX-XX1633 Held in the Name of Abdulla Q. Ahmed, dba, Abdulla Ranchito
2  Market; Approximately $249.56 in U.S. Currency Seized From Bank of the West Account Number
3  XXX-XX7524 Held in the Name of Abdulla Q. Ahmed, dba, Abdulla's International Transfer;
4  Approximately $378.01 U.S. Currency Seized From Bank of the West Account Number XXX-
5  XX2456 Held in the Name of Abdulla Q. Ahmed, dba, Abdulla's International Transfer;
6  Approximately $81,933.44 in U.S. Currency; and, Approximately $2,733.00 in U.S. Currency
7  (hereafter "defendant funds"), which were seized on or about February 26, 2007.

8  2.  The Federal Bureau of Investigation has sent the written notice of intent to forfeit
9  required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any
10 person to file a claim to the currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than
11 the Claimant has filed a claim to the currency as required by law in the administrative forfeiture
12 proceeding.

13 3.  Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for
14 forfeiture against the currency and/or to obtain an indictment alleging that the currency is subject to
15 forfeiture within 90 days after a claim has been filed in the administrative forfeiture proceedings,
16 unless the court extends the deadline for good cause shown or by agreement of the parties.

17 4.  By Stipulation and Order filed on August 22, 2007, the parties stipulated to extend
18 to October 17, 2007, the time in which to file a Complaint for Forfeiture and/or to Obtain an
19 Indictment Alleging Forfeiture.

20 5.  As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to extend to
21 January 17, 2008, the time in which the United States is required to file a civil complaint for
22 forfeiture against the currency and/or to obtain an indictment alleging that the currency is subject to
23 forfeiture.  The parties request an extension to continue to negotiate an agreement regarding
24 disposition of the assets in conjunction with the related criminal case which would make filing an
25 additional civil case unnecessary but need additional time to reach a global agreement.
26 ///
27 ///
28 ///

6. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the currency and/or to obtain an indictment alleging that the currency is subject to forfeiture shall be extended to January 17, 2008.

Dated: October 17, 2007         McGREGOR W. SCOTT
                                United States Attorney


                                 /s/ Stephanie Hamilton Borchers
                                STEPHANIE HAMILTON BORCHERS
                                Assistant United States Attorney


Dated: October 16, 2007          /s/ J.M. Irigoyen
                                J.M. IRIGOYEN
                                Attorney for Claimant
                                (Original signature retained by attorney)

IT IS SO ORDERED.

**Dated:   October 19, 2007**          **/s/ Sandra M. Snyder**
                                UNITED STATES MAGISTRATE JUDGE

4