1  McGREGOR W. SCOTT
   United States Attorney
2  STEPHANIE HAMILTON BORCHERS
   Assistant U.S. Attorney
3  United States Courthouse
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6  Attorneys for Plaintiff

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                     EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:07-MC-00029-LJO-SMS |
| Plaintiff, | |
| v. | |
| APPROXIMATELY $70,265.38 IN U.S. CURRENCY SEIZED FROM BANK OF THE WEST ACCOUNT NUMBER XXX-XX5970 HELD IN THE NAME OF ABDULLA Q. AHMED DBA, RANCHITO MARKET; | **DISMISSAL ORDER** |
| 162 MISCELLANEOUS THIRD-PARTY CHECKS VALUED AT $48,012.13, AND THREE WESTERN UNION MONEY ORDERS VALUED AT APPROXIMATELY $1,630.00 IN U.S. CURRENCY, TOTALING $49,642.13 IN U.S. CURRENCY; | |
| APPROXIMATELY $10,729.73 IN U.S. CURRENCY SEIZED FROM BANK OF THE WEST ACCOUNT NUMBER XXX-XX0633 HELD IN THE NAME OF ABDULLA Q. AHMED DBA, RANCHITO MARKET; | |
| APPROXIMATELY $2,906.86 IN U.S. CURRENCY SEIZED FROM BANK OF THE WEST ACCOUNT NUMBER XXX-XX3710 HELD IN THE NAME OF ABDULLA Q. AHMED DBA, RANCHITO MARKET LOTTERY ACCT.; | |

| | |
|---|---|
| APPROXIMATELY $1,717.96 IN U.S. CURRENCY SEIZED FROM BANK OF THE WEST ACCOUNT NUMBER XXX-XX1633 HELD IN THE NAME OF ABDULLA Q. AHMED DBA, ABDULLA RANCHITO MARKET; | ) ) ) ) ) ) |
| APPROXIMATELY $249.56 IN U.S. CURRENCY SEIZED FROM BANK OF THE WEST ACCOUNT NUMBER XXX-XX7524 HELD IN THE NAME OF ABDULLA Q. AHMED DBA, ABDULLA'S INTERNATIONAL TRANSFER; | ) ) ) ) ) ) ) |
| APPROXIMATELY $378.01 IN U.S. CURRENCY SEIZED FROM BANK OF THE WEST ACCOUNT NUMBER XXX-XX2456 HELD IN THE NAME OF ABDULLA Q. AHMED DBA, ABDULLA'S INTERNATIONAL TRANSFER; | ) ) ) ) ) ) ) |
| APPROXIMATELY $81,933.44 IN U.S. CURRENCY; and, | ) ) |
| APPROXIMATELY $2,733.00 IN U.S. CURRENCY, | ) ) |
| Defendants. | ) ) |

The above-captioned temporary case number has been replaced by a permanent criminal case number pursuant to the Superseding Information against the above-captioned defendant assets filed on November 15, 2007 in *United States v. Abdulla Kasem Ahmed Muthana*, 1:06-CR-00321 OWW. Accordingly, the temporary case is dismissed.

IT IS SO ORDERED.

**Dated: November 26, 2007**          /s/ Lawrence J. O'Neill
                                                          UNITED STATES DISTRICT JUDGE

2